UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
                                                 :
JEFF SUH,                                        :
                                Plaintiff,       :
                                                 :          21 Civ. 2002 (LGS)
                  -against-                       :
                                                 :                ORDER
XL FLEET CORP., ET AL.,                          :
                                                 :
                                Defendants.  :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 8, 2021, the law firm Glancy Prongay & Murray LLP filed a

public notice announcing the above-captioned action.

WHEREAS, on May 7, 2021, multiple movants filed motions to consolidate the above-

captioned case with *Kumar v. XL Fleet Corp., et al.*, No. 21 Civ. 2171, and to appoint lead

plaintiff(s).  It is hereby

ORDERED that any party seeking to respond to the motions shall file a response by **May

21, 2021**.  Any party seeking to be appointed as lead plaintiff shall specify the losses they

sustained under the last-in, first-out method of calculation in their response.  It is further

ORDERED that a telephonic conference shall be held on **June 3, 2021, at 10:50 a.m.**

The conference will take place on the **conference line 888-363-4749 using access code 5583333**.

The purpose of the conference is to decide whether to consolidate the related cases, to appoint

lead counsel and to set a date for the filing of any consolidated complaint.

Dated: May 10, 2021
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**