

June 7, 2021

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Plaintiff's application is **GRANTED**. The June 24, 2021, initial pretrial conference is adjourned *sine die*.

Dated: June 8, 2021
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re: Case No. 1:21-cv-02002-LGS, *In re XL Fleet Corp. Sec. Litig.*,
Request for Adjournment of Initial Pretrial Conference

Dear Judge Schofield:

We represent Delton Rowe, Lead Plaintiff in the above captioned action ("Action"). We write with the consent of counsel for Defendants XL Fleet Corp., Thomas J. Hynes III, Dimitri Kazarinoff, and Jonathan J. Ledecky ("Defendants," and together with Lead Plaintiff, the "Parties"), to request an adjournment of the initial pretrial conference, currently scheduled for June 24, 2021 (Dkt. No. 5).

As the Court is aware, the Action is a putative class action alleging claims under the federal securities laws against Defendants, and is governed by the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"). The PSLRA provides for an automatic stay of discovery pending the disposition of motions to dismiss in securities actions. 15 U.S.C. § 78u-4(b)(3)(B). On June 3, 2021, the Court issued an order with the following briefing schedule: (i) Lead Plaintiff to file a consolidated complaint by July 6, 2021; (ii) Defendants to answer or otherwise respond by August 5, 2021; (iii) if Defendants file a motion to dismiss, then Lead Plaintiff is to file a memorandum of law in opposition by September 6, 2021; and (iv) Defendants are to file a reply, if any, by September 20, 2021 (Dkt. No. 60).

In light of the discovery stay mandated by the PSLRA, a continuance of the initial pretrial conference to a date following the resolution of any motion(s) to dismiss would advance the interests of judicial economy and preserve the resources of the Parties and the Court. None of the Parties has previously requested any adjournment or extension of time in this Action.

Because this Court's order dated March 11, 2021 (Dkt. No. 5) scheduled the initial pretrial conference for June 24, 2021 and stated that any request for an extension or adjournment shall be

made only by letter, Lead Plaintiff hereby submits this letter to request an adjournment of the initial pretrial conference (and all associated filings) until after the resolution of Defendants' anticipated motion(s) to dismiss the amended complaint. Counsel for Defendants have advised counsel for Lead Plaintiff that Defendants do not oppose this request.

              Sincerely,

              /s/ *Garth A. Spencer*
              **GLANCY PRONGAY & MURRAY LLP**
              Garth A. Spencer
              1925 Century Park East, Suite 2100
              Los Angeles, California 90067
              310.201.9150
              gspencer@glancylaw.com

cc: All counsel of record