**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

In re XL Fleet Corp. Securities Litigation | Case No. 1:21-cv-02002-LGS

**DECLARATION OF GARTH A. SPENCER IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

I, Garth Spencer, hereby declare as follows:

1.      I am an attorney duly licensed to practice law in the State of New York.  I am a member of the law firm of Glancy Prongay & Murray LLP, counsel of record for plaintiffs in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify to them.

2.      Attached as Exhibit 1 is a true and correct copy of a press release announcing XL's financial results for the quarter ended June 30, 2021 attached as Ex. 99.1 to XL's Form 8-K filed with the Securities and Exchange Commission ("SEC") on August 12, 2021.

3.      Attached as Exhibit 2 is a true and correct copy of the consolidated complaint in *West Palm Beach Firefighters' Pension Fund v. Startek, Inc.*, Case No. 05-cv-01265-PSF-MEH (D. Colo. filed March 24, 2006).

4.      Attached as Exhibit 3 is a true and correct copy of the amended complaint in *City of Hollywood Police Officers' Retirement System v. Henry Schein, Inc.*, Case No. 2:19-cv-05530-GRB-RLM (E.D.N.Y. filed May 21, 2020).

1

5.      Attached as Exhibit 4 is a true and correct copy of the amended complaint in *Universal American Corp. v. Partners Healthcare Solutions Holdings, L.P.*, Case No. 1:13-cv-01741-RGA (D. Del. filed Sept, 22, 2014).

6.      Attached as Exhibit 5 is a true and correct copy of a press release announcing XL's financial results for the quarter ended March 31, 2021 attached as Ex. 99.1 to XL's Form 8-K filed with the SEC on May 17, 2021.

7.      Attached as Exhibit 6 is a true and correct reflection of XL's stock price from Yahoo!Finance, last accessed October 4, 2021, *available at* (https://finance.yahoo.com/quote/XL/history?period1=1601829038&period2=1633365038&interval=1d&filter=history&frequency=1d).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this, the 4th day of October, 2021, at Los Angeles, California.

_s/ Garth A. Spencer_
Garth A. Spencer

2

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On October 4, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 4, 2021.

*s/ Garth A. Spencer*
Garth A. Spencer

3