# EXHIBIT 6



XL Fleet Corp. (XL) Closing Price

8/12/2021, $7.10

8/13/2021, $6.12

Data source: Yahoo! Finance