UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
:
:
In re XL Fleet Corp. Securities Litigation      :      21 Civ. 2002 (LGS)
:
:      <u>ORDER</u>
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendants filed a motion to dismiss the Amended Complaint on August 26, 2021 (Dkt. No 84);

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995, 15 USC § 78u4(b)(3)(B), all discovery and other proceedings in this matter were stayed during the pendency of Defendants' motion to dismiss;

WHEREAS, the motion to dismiss was denied on February 17, 2022 (Dkt. No. 97).  It is hereby

**ORDERED** that Defendants shall file an Answer to the Amended Complaint by **April 5, 2022**.  It is further

**ORDERED** that by **March 4, 2022**, the parties shall file a joint Proposed Case Management Plan and Scheduling Order in the form available at the Court's website (http://nysd.uscourts.gov/hon-lorna-g-schofield).

Dated: February 18, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**