UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
In re XL Fleet Corp. Securities Litigation         :         21 Civ. 2002 (LGS)
                                                   :
                                                   :         ORDER
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Civil Case Management Plan and Scheduling Order was issued March 7, 2022;

WHEREAS, the Order set a deadline for Plaintiffs to request a pre-motion conference regarding their planned motion for class certification no later than January 13, 2022.  It is hereby

**ORDERED** that the deadline for Plaintiffs to request a pre-motion conference regarding their planned motion for class certification is **January 12, 2023**.

Dated: March 8, 2022
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**