UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re XL Fleet Corp. Securities Litigation | Case No. 1:21-cv-02002 (JLR) |
|---|---|
| | **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of the parties' joint letter, dated September 28, 2022, filed in response to the Court's September 14, 2022 Reassignment Order. ECF No. 125. The Amended Civil Case Management Plan and Scheduling Order entered by Judge Schofield on April 22, 2022, and the other orders setting forth filing deadlines in this action, remain in effect. *See* ECF Nos. 104, 105, 117, and 118.

Additionally, IT IS HEREBY ORDERED that the pre-motion conference previously scheduled for July 5, 2023 shall be held on July 11, 2023, at 11:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007. IT IS FURTHER ORDERED that on June 27, 2023, the parties shall submit any pre-motion letters regarding contemplated dispositive motions pursuant to the Court's Individual Rule 3.I. The parties shall file any responses to those letters no later than July 3, 2023.

If the parties believe they would benefit from a settlement conference before a Magistrate Judge, or mediation through the District's Mediation Program at the close of discovery, they may contact the Court for a referral at that time.

Dated: September 28, 2022
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge