UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re XL Fleet Corp. Securities Litigation | Case No. 1:21-cv-02002 (JLR) <br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of the parties' joint letter, dated February 2, 2023, in which they request an extension of their expert discovery, pre-motion letter, and pre-motion conference deadlines so that they may participate in private mediation. ECF No. 146. The request is GRANTED.

The parties shall complete expert discovery no later than **August 11, 2023**. The parties may file pre-motion letters regarding anticipated dispositive motions no later than August 23, 2023, and any letters in response no later than **August 28, 2023**. Finally, the post-discovery conference (or pre-motion conference as set forth in the Court's Individual Rules), is adjourned to **September 6, 2023**, at 11:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: February 2, 2023
      New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge