Glancy Prongay & Murray LLP

Gregory B. Linkh
glinkh@glancylaw.com
230 Park Avenue, Suite 358
New York, New York 10169
T: 212.682.5340

September 29, 2023

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *In re XL Fleet Corp. Securities Litigation*, 1:21-cv-02002-JLR (S.D.N.Y.)

Dear Judge Rochon:

We represent Plaintiffs in the above-referenced matter, and write with the consent of counsel for Defendants (Plaintiffs and Defendants are collectively the "Parties") to jointly inform the Court that the Parties have reached an agreement in principle to settle all claims, subject to, among other items, definitive documentation, and the Court's approval. The Parties are proceeding to document the settlement and anticipate (1) executing a formal Stipulation of Settlement within 60 days, and (2) filing a motion for preliminary approval seven days thereafter. Accordingly, the Parties respectfully request that the Court stay this action pending the submission of that motion.

We are available at the Court's convenience to answer any questions.

Respectfully submitted,

*/s/ Gregory B. Linkh*
Gregory B. Linkh

cc: All counsel of record via ECF