

Gregory B. Linkh
glinkh@glancylaw.com
230 Park Avenue, Suite 358
New York, New York 10169
T: 212.682.5340

November 30, 2023

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The requested extension until **December 8, 2023** is GRANTED.

Dated:  December 1, 2023
           New York, New York

**SO ORDERED.**

*/s/ Jennifer Rochon*

**JENNIFER L. ROCHON
United States District Judge**

Re:  *In re XL Fleet Corp. Securities Litigation*, 1:21-cv-02002-JLR (S.D.N.Y.)

Dear Judge Rochon:

  We represent Plaintiffs in the above-referenced matter, and write with the consent of counsel for Defendants (Plaintiffs and Defendants are collectively the "Parties").  On September 29, 2023, the Parties jointly informed the Court that they had reached an agreement in principle to settle all claims, subject to, among other items, definitive documentation, and the Court's approval.  The Parties further stated that they anticipated (1) executing a formal Stipulation of Settlement within 60 days, and (2) filing a motion for preliminary approval seven days thereafter.  The Parties also requested that the Court stay the action for 60 days.  *See* ECF No. 173.

  On October 2, 2023, the Court entered a memorandum order that stayed the case for 60 days, required the Parties to file the stipulation of settlement with the Court by December 1, 2023, and for Plaintiffs to file their motion for preliminary approval by December 8, 2023.  The Parties have been working diligently on the Stipulation and Agreement of Settlement (the "Stipulation"), along with the exhibits thereto, including the [Proposed] Preliminary Approval Order, Long Form Notice, Summary Notice, Postcard Notice, Proof of Claim Form, Supplemental Agreement, and [Proposed] Judgement.  Plaintiffs have also retained a claims administrator and worked with a consulting damages expert to prepare the proposed plan of allocation.  Given the amount of work involved in papering the settlement of this complex action, and the many constituencies involved in reviewing the papers, the Parties respectfully request that the Court extend the deadline for filing the Stipulation one week and order the Parties to file the Stipulation on December 8, 2023, in conjunction with Plaintiffs' preliminary approval motion.



Gregory B. Linkh
glinkh@glancylaw.com
230 Park Avenue, Suite 358
New York, New York 10169
T: 212.682.5340

We are available at the Court's convenience to answer any questions.

Respectfully submitted,

<u>/s/ Gregory B. Linkh</u>
Gregory B. Linkh

cc: All counsel of record via ECF