UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE XL FLEET CORP. SECURITIES LITIGATION | Case No. 1:21-cv-02002-JLR |

**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (II) CERTIFICATION OF THE SETTLEMENT CLASS; AND (III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Lead Plaintiff Delton Rowe, and additional named plaintiffs Jeffrey Suh, Carl Enslin, Simone Heridis, and Soraya Heridis (née Matamoros) (collectively, "Plaintiffs"), on behalf of themselves and all others similarly situated, will respectfully move this Court on such date and time as may be designated by the Honorable Jennifer L Rochon, Courtroom 20B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for entry of an Order: (i) granting preliminary approval of the proposed Settlement; (ii) certifying the putative Settlement Class for purposes of settlement only; (iii) granting approval of the form and manner of giving notice of the proposed Settlement to Settlement Class Members; and (iv) setting a date for a final Settlement Hearing and deadlines for providing notice of the Settlement, the filing of Settlement Class Member objections, the submission of Settlement Class Member requests for exclusion, the filing of Plaintiffs' motion for final approval of the Settlement, and the filing of Lead Counsel's application for an award of attorneys' fees and reimbursement of Litigation Expenses.

This motion is based upon the concurrently filed Memorandum of Law, the Linkh Declaration, and other such matters and argument as the Court may consider at the hearing on this motion. Defendants do not oppose this motion. Accordingly, Plaintiffs respectfully request that the Court enter the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice.

Dated: December 8, 2023

**GLANCY PRONGAY & MURRAY LLP**

By: */s/ Gregory B. Linkh*
Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 358
New York, NY 10169
Telephone: (212) 682-5340
glinkh@glancylaw.com

-and-

Robert V. Prongay
Garth Spencer (GS-7623)
Christopher Fallon (*admitted pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Lead Attorneys for Lead Plaintiff Delton Rowe, additional Plaintiffs Jeffrey Suh, Carl Enslin, Simone Heridis, and Soraya Heridis, and the putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of December 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Gregory B. Linkh*
Gregory B. Linkh