**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE XL FLEET CORP. SECURITIES LITIGATION | Case No. 1:21-cv-02002-JLR |

**NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF**
**CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 191), on April 30, 2024, at 10:00 a.m., before the Honorable Jennifer L. Rochon, in Courtroom 20B at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, Court-appointed Lead Plaintiff Delton Rowe, and additional named plaintiffs Jeffrey Suh, Carl Enslin, Simone Heridis, and Soraya Heridis (née Matamoros) (collectively, "Plaintiffs"), will and hereby do move the Court to: (1) grant final approval of the Settlement in the above-captioned action on the terms set forth in the Stipulation and Agreement of Settlement dated December 6, 2023 ("Stipulation"; ECF No. 182-1); and (2) approve the proposed Plan of Allocation for distribution of the Net Settlement Fund.[1]

This motion is based on this Notice of Motion; the Memorandum of Law in support thereof; the Declaration of Gregory B. Linkh in Support of: (I) Lead Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; all exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court. Defendants do not oppose this motion.[2]

---

[1] Unless otherwise defined, all capitalized terms used herein have the meanings ascribed to them in the Stipulation.

[2] Proposed Orders granting the requested relief will be submitted with Lead Counsel's reply papers after the deadlines for objecting to the motion or requesting exclusion have passed.

1

Dated: March 26, 2024                    **GLANCY PRONGAY & MURRAY LLP**

                                         By: */s/ Gregory B. Linkh*
                                         Gregory B. Linkh (GL-0477)
                                         230 Park Ave., Suite 358
                                         New York, NY 10169
                                         Telephone: (212) 682-5340
                                         glinkh@glancylaw.com

                                                         -and-

                                         Robert V. Prongay
                                         Joseph D. Cohen (*admitted pro hac vice*)
                                         Garth Spencer (GS-7623)
                                         Christopher Fallon (*admitted pro hac vice*)
                                         1925 Century Park East, Suite 2100
                                         Los Angeles, CA 90067
                                         Telephone: (310) 201-9150

                                         *Lead Counsel for Lead Plaintiff Delton Rowe, additional Plaintiffs Jeffrey Suh, Carl Enslin, Simone Heridis, and Soraya Heridis, and the Settlement Class*

                                         **LAW OFFICES OF HOWARD G. SMITH**
                                         Howard G. Smith
                                         3070 Bristol Pike, Suite 112
                                         Bensalem PA 19020
                                         Telephone: (215) 638-4847
                                         Facsimile: (215) 638-4867

                                         *Additional Counsel for Lead Plaintiff Delton Rowe, additional Plaintiffs Jeffrey Suh, Carl Enslin, Simone Heridis, and Soraya Heridis, and the Settlement Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was electronically filed with the Clerk of

Court via the CM/ECF system, which will send Notice of such filing to all counsel of record.

Dated: March 26, 2024                    */s/ Gregory B. Linkh*
                                          Gregory B. Linkh