# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE XL FLEET CORP. SECURITIES LITIGATION | Case No. 1:21-cv-02002-JLR |

**SUPPLEMENTAL DECLARATION OF ADAM D. WALTER REGARDING:**
**(A) MAILING/EMAILING OF NOTICE; (B) CLAIMS RECEIVED TO DATE;**
**AND (C) REPORT ON REQUESTS FOR EXCLUSION**
**AND OBJECTIONS RECEIVED TO DATE**

I, Adam D. Walter, declare as follows:

1.      I am a Director for A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin.[1]  Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice entered January 18, 2024 (ECF No. 191, the "Preliminary Approval Order"), A.B. Data was appointed to serve as Claims Administrator in connection with the above-captioned action (the "Action").  I am over 21 years of age and am not a party to the Action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      I submit this Declaration as a supplement to my earlier declaration, the Declaration of Adam D. Walter Regarding: (A) Mailing and Emailing of Notice; (B) Publication of Summary Notice; and (C) Report on Requests for Exclusion Received to Date, filed on March 26, 2024, (ECF No. 196-1, the "Initial Mailing Declaration").

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated December 6, 2023 (ECF No. 182-1, the "Stipulation").

**MAILING/EMAILING OF NOTICE**

3.      As reported in the Initial Mailing Declaration, as of March 18, 2024, a total of 76,023 Postcard Notices had been mailed to potential Settlement Class Members or their nominees.[2]  Additionally, as noted in the Initial Mailing Declaration, as of March 18, 2024, 159,255 emails containing a link to: (a) the Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice"). and (b) the Proof of Claim and Release Form (the "Claim Form"), had been sent to potential Settlement Class Members.

4.      As of the date of this Declaration, an additional 13,508 Postcard Notices have been disseminated to potential Settlement Class Members and their nominees.  A.B. Data received no additional requests to email the link to the Notice and Claim Form.  Accordingly, as of the date of this declaration, a total of 248,786 potential Settlement Class Members and nominees were either mailed a Postcard Notice or emailed the link to the Notice and Claim Form.

**CLAIMS RECEIVED TO DATE**

5.      The Notice informed potential Settlement Class Members that, if they wished to participate in the Settlement, they must submit a Claim Form and supporting documentation to A.B. Data, either online or postmarked, by June 14, 2024.  In our experience, the vast majority of claims will be filed at or near the deadline.  However, as of April 19, 2024, A.B. Data has received approximately 2,243 Claims.  Based on our experience, in settlements of federal securities class

---

[2] The Postcard Notice provided a limited description of the Settlement and directed potential Settlement Class Members to a website established specifically for this Settlement, www.XLFleetSecuritiesSettlement.com (the "Settlement Website"), to access and download the more detailed Notice along with the Claim Form. *See* ECF No. 196-1, Ex. A.

actions, the claims response rate varies greatly depending on a variety of factors and can range from less than 5% to more than 20% of the total Notices mailed.

6.      The Claims received, both before and after the claim filing deadline, will be subject to a comprehensive review under A.B. Data's standard claims-processing procedures, which will identify any deficiencies in the Claims received.  A.B. Data will then communicate with Claimants with deficient, but correctable, Claims to bring those Claims into compliance.  Thus, A.B. Data is unable to report on the number of valid Claims submitted at this time.

7.      Once claim-processing is complete, A.B. Data's recommendations regarding the acceptance and rejection of Claims will be presented to the Court in conjunction with Lead Counsel's Motion for Class Distribution Order.  *See* Stipulation, ¶26.  In our experience, approximately 30% to 50% of the Claims received in a federal securities class action will be valid.

## UPDATE ON SETTLEMENT WEBSITE

8.      At the request of Lead Counsel, shortly after their filing with the Court on March 26, 2024, A.B. Data posted downloadable copies of the following documents on the Settlement Website: (a) Notice of Motion and Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation (ECF No. 192); (b) Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation (ECF No. 193); (c) Notice of Motion and Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (ECF No. 194); (d) Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (ECF No. 195); and (e) Declaration of Gregory B. Linkh in Support of: (I) Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation

3

Expenses (ECF No. 196).  To date, the Settlement Website has received 53,724 pageviews from 22,193 unique users.

## REQUESTS FOR EXCLUSION AND OBJECTIONS

9.      The Postcard Notice, Notice, and Summary Notice informed potential Settlement Class Members that requests for exclusion from the Settlement Class are to be mailed to the Claims Administrator and received no later than April 9, 2024. The Notice also set forth the information that was required to be included in each request for exclusion.

10.     As of the date of this Declaration, A.B. Data has received two (2) requests for exclusion. A list containing the exclusion identification number, name, city, state, country, and date of the request is attached hereto as Exhibit A, together with a redacted copy of the request.[3]

11.     According to the Notice, Settlement Class Members wishing to object to the Settlement or any of its terms, the proposed Plan of Allocation of the Net Settlement Fund, and/or Lead Counsel's application for an award of Attorney's Fees and Litigation Expenses, were required to submit their objection in writing to the Court such that the papers were received on or before April 9, 2024.

12.     As of the date of this Declaration, A.B. Data has not received any objections, and I am not aware of any objections being filed with the Court.

---

[3] Pursuant to paragraph 89 of the Court-approved Notice, "a request for exclusion must state the number and type of XL Fleet Securities that the person or entity requesting exclusion purchased, acquired, wrote, and sold during the Settlement Class Period, as well as the dates and prices of each such purchase/acquisition and sale/writing."  Kangyoon Bae's ("Bae") email requesting exclusion did not contain this information.  Accordingly, on April 1, 2024, A.B. Data responded to Bae's email and explained that in order to be excluded from the Settlement Class, Bae must follow all of the requirements outlined on page 15 in paragraphs 89 - 92 of the Notice.  We also provided a copy of the Notice in our response.  A.B. Data has not received a response from Bae.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of April 2024 at Palm Beach Gardens, Florida.

_____
Adam D. Walter

# EXHIBIT A

**XL Fleet Securities Litigation**
**Exclusion Report**

| | Name | Contact Information | Exclusion ID # | Signed | Postmark Date |
|---|---|---|---|---|---|
| 1. | Timothy Jordan Ohar | Nigara Falls, NY 14304 | 444227768 | Yes | 4/3/2024 |
| 2. | Kangyoon Bae | Charlottesville, VA 22902 | 444227769 | Yes | 4/1/2024 |

Exclusion #1
Exclusion ID 444227768
Postmark Date April 3, 2024


**Timothy Jordan Ohar**


**Niagara Falls, NY 14304**
**04/02/2024**


**In re XL Fleet Corp. SEC Litig., EXCLUSIONS**
**c/o A.B. Data, Ltd.**
**P.O. Box 173001**
**Milwaukee, WI 53217**


**Timothy Jordan Ohar requests exclusion from the Settlement Class in In re XL Fleet Corp. Sec. Litig., Case No. 1:21-cv-02002-JLR". See below for my transactions in XL Fleet Corp. Securities from 9/18/20 to 3/31/21.**

| Transaction | Date | Description | Quantity | Price |
|:---:|:---:|:---:|:---:|:---:|
| Bought | 1/11/21 | XL Fleet Corp<br>Class A Common Stock<br>CUSIP: 9837FR100 | 5 | 20.96 |


Sincerely,

Timothy Jordan Ohar

Timothy Ohar

Niagara Falls, NY 14304



BUFFALO.NY.140

3 APR 2024   PM 2  L

In re XL Fleet Corp. SEC Litig., EXCLUSIONS
c/o A.B. Data, Ltd.
P.O. Box 173001
Milwaukee, WI 53217

53217-801201

Exclusion #2
Exclusion ID 444227769
Postmark Date April 1, 2024

From: KB

Sent: Monday, April 1, 2024 6:14 AM

To: info@XLFleetSecuritiesSettlement.com

Subject: Request for Exclusion from Settlement Class in the matter of XL FLEET CORP. / PIVOTAL INVESTMENT CORPORATION II, Case No. 1:21-cv-02002 - Kangyoon Bae

Dear Settlement Claims Administrator,

I am writing to formally request exclusion from the Settlement Class in the matter of XL FLEET CORP. / PIVOTAL INVESTMENT CORPORATION II, Case No. 1:21-cv-02002.

Please consider this letter as my official request to opt-out and exclude myself from the Settlement Class before the deadline on April 9, 2024. I understand that by opting out, I will not be eligible to receive any payment from the Settlement Fund. Furthermore, I acknowledge that this choice enables me to be part of any other lawsuit against any of the Defendants or the other Releasees concerning the Released Class Claims in the future.

Below are my details for the purpose of this exclusion:

- Full Name: Kangyoon Bae
- Address:                                Charlottesville VA 22902
- Phone Number:

Please confirm the receipt of my exclusion request and provide any further steps I need to take, if any.

Thank you for your attention to this matter.

Sincerely,

Kangyoon Bae