**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE XL FLEET CORP. SECURITIES LITIGATION | Case No.: 1:21-cv-02002-JLR |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR**
**CLASS DISTRIBUTION ORDER**

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Court-appointed Lead Plaintiff Delton Rowe, and additional named plaintiffs Jeffrey Suh, Carl Enslin, Simone Heridis, and Soraya Heridis (née Matamoros) (collectively, "Plaintiffs"), will move this Court on a date and a time to be set by the Honorable Jennifer L. Rochon, in Courtroom 20B at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for entry of the concurrently filed [Proposed] Class Distribution Order.[1]

In support of this motion, Plaintiffs submit herewith: (1) a Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Class Distribution Order; (2) the Declaration of Adam D. Walter in Support of Plaintiffs' Unopposed Motion for Class Distribution Order; and (3) the Declaration of Sharon M. McGowan of the Public Justice Foundation.

The Defendants, as defined in the Stipulation, do not oppose this motion.

Dated: August 8, 2025

**GLANCY PRONGAY & MURRAY LLP**

By: */s/ Gregory B. Linkh*
Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 358
New York, NY 10169
Telephone: (212) 682-5340
glinkh@glancylaw.com

-and-

---

[1] Unless otherwise defined, all capitalized terms herein have the same meanings as set forth in the Stipulation and Agreement of Settlement dated December 6, 2023 ("Stipulation"; ECF No. 182-1).

1

Joseph D. Cohen (*admitted pro hac vice*)
Garth Spencer (GS-7623)
Christopher Fallon (*admitted pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150

*Lead Counsel for Lead Plaintiff Delton Rowe, additional Plaintiffs Jeffrey Suh, Carl Enslin, Simone Heridis, and Soraya Heridis, and the Settlement Class*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel for Lead Plaintiff Delton Rowe, additional Plaintiffs Jeffrey Suh, Carl Enslin, Simone Heridis, and Soraya Heridis, and the Settlement Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was electronically filed with the Clerk of

Court via the CM/ECF system, which will send Notice of such filing to all counsel of record.

Dated: August 8, 2025                          */s/ Gregory B. Linkh*
                                               Gregory B. Linkh

3